UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                                    No. 08 crim 140 (LTS)

JOSE BIENVENIDO

-------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

### ORDER

Jesse Siegel, is relieved as CJA counsel for the defendant. The defendant in the above-captioned matter is now represented by new CJA counsel, Richard Rosenberg.

Dated: New York, New York
       June 24, 2008

_____
LAURA TAYLOR SWAIN
United States District Judge

changeofcounsel.frm version 7/19/01